**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
CECILE FOY GSANGER



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

August 17, 2015

Hon. John T. Hubert
District Attorney
700 E. Kleberg, 2nd Floor
P. O. Box 1471
Kingsville, TX 78363
* DELIVERED VIA E-MAIL *

Hon. Jaime E. Carrillo
Attorney at Law
721 East King Avenue
Kingsville, TX 78363
* DELIVERED VIA E-MAIL *

Hon. Vincent Gonzalez
Asst. District Attorney
P. O. Box 1471
Kingsville, TX 78364
* DELIVERED VIA E-MAIL *

Re:     Cause No. 13-14-00237-CR
Tr.Ct.No.  12-CRF-0137
Style:     The State of Texas v. Isaac Sastaita


The above-referenced cause has been set for submission without oral argument on Monday, September 07, 2015, before a panel consisting of Chief Justice Rogelio Valdez, Justice Nelda V. Rodriguez, and Justice Gregory T. Perkes.

Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:ch